# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Vanessa Salas     *PRINCIPAL*
         YOB:   1996
United States

## CRIMINAL COMPLAINT

Case Number:

M-16-1652-M

FILED SEP - 4 2016
David J. Bradley, Clerk

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 02, 2016** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Rosa Garcia-Hernandez and Adali Garcia-Hernandez, citizens and nationals of the Mexico, for a total of two (2), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 2, 2016, Border Patrol Agents J. Cervantes and C. Combs conducted surveillance on a home at 2008 West Hackberry Street in McAllen, Texas. Agents observed a maroon Chevrolet pickup truck depart the residence and followed the vehicle to the Garden Inn in south McAllen, Texas. A male subject wearing a camouflage shirt was observed exiting and then walking to a room located on the second floor at the hotel. Approximately five minutes later, a male subject and a female subject exited the room being followed by the male in the camouflage shirt. After loading into the truck, the three were then followed to Foy's Supermarket located in Mission, Texas.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

Signature of Complainant

**Jerrico P. Leason**    **Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 04, 2016**     4:08 pm    **McAllen, Texas**
Date                                                      City and State

**Peter E. Ormsby**     , **U. S. Magistrate Judge**
Name and Title of Judicial Officer                      Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- *1652*-M

**RE:** Vanessa Salas

**CONTINUATION:**

Border Patrol Agents maintained visual of the truck for twenty minutes until a white Pontiac Grand Prix arrived to meet up with the maroon truck. Approximately five minutes later, two individuals exited the truck and boarded the white Pontiac Grand Prix. The two vehicles departed the parking lot and drove in tandem westbound. The vehicles were followed to Penitas, Texas where they separated with the maroon truck drove to a nearby Wal-Mart and the white Grand Prix was followed to a gas station. After departing the gas station, agents followed the Grand Prix to Roma, Texas. Once in Roma, agents reached out to Department of Public Safety Officer R. Anderson for assistance. Officer R. Anderson conducted a traffic stop on the Grand Prix for Following to Closely. During the stop, Agents C. Combs and J. Cervantes approached the vehicle to speak with the driver and passengers. The driver, Vanessa SALAS, stated to agents she was a United States Citizen and that her three year old son was in the back seat. The two adult passengers freely admitted to being illegally present in the United States. At this time SALAS was placed under arrest, read her Miranda Rights, stated that she understood her rights and was willing to provide a statement without the presence of an attorney. SALAS, her son, and the two adult passengers were transported to the Rio Grande Border Patrol Station for interview.

**PRINCIPAL STATEMENT:**
Vanessa SALAS admitted to agents she picked up two undocumented aliens at the Foy's Supermarket in Mission, Texas. SALAS told agents she picked them up from a man named, Rudy ORTIZ, who drove a maroon pickup truck. SALAS was to transport the two undocumented aliens to Laredo, Texas in exchange for $900 USD. ORTIZ had advanced her $200.00 USD, for gas money and was to receive the additional $700.00 USD upon her return.
SALAS also stated that she was arrested on Sunday, August 28, 2016 at the Falfurrias Border Patrol Checkpoint attempting to smuggle four undocumented immigrants. SALAS also admitted that she made three successful trips this week to Laredo, Texas. She transported one undocumented immigrant on August 29, 2016, two undocumented immigrants on August 31, 2016 and two undocumented immigrants on September 1, 2016 of this week to Laredo, Texas. SALAS stated that she was paid $200.00 USD per trip by a female known only as "Angelica".

**MATERIAL WITNESS STATEMENTS**
Rosa GARCIA-Hernandez and Adali GARCIA-Hernandez were read their Miranda Rights, understood their rights and were willing to provide a sworn statement without the presence of an attorney.

**MATERIAL WITNESS STATEMENT #1:**
Rosa GARCIA-Hernandez, a citizen and national of Mexico, stated she was to pay $15,000 to be smuggled into the United States with a final destination of North Carolina. GARCIA stated after entering the United States, she was kept at a stash house before being transferred to a hotel. GARCIA was then taken out of the hotel, along with her brother, by a man nicknamed "Primo" who was driving a truck. They were taken to a shopping center where they waited until being instructed to get into a white car being driven by a female. The driver told them that they would be traveling for a few hours to Laredo, Texas.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-_1652_-M

**RE:** **Vanessa Salas**

**CONTINUATION:**

GARCIA identified, through a photo lineup, Vanessa SALAS as the driver of white car she was transported in. GARCIA stated that after they were stopped by the police, SALAS instructed them to tell the officer that she was their cousin and that they had been residing in the United States for one year.

**MATERIAL WITNESS STATEMENT #2:**
Adali GARCIA-Hernandez, a citizen and national of Mexico, stated he paid $3,500 to be smuggled into the United States. After illegally crossing the Rio Grande River, he was taken to a stash house before driven to a Motel where he stayed for two nights. After two days, GARCIA was then taken to FOYs Supermarket parking lot where he was transferred to a white sedan. GARCIA stated that the driver of the white sedan was a short female who has dark skin and black hair. GARCIA also stated that the driver of the white sedan was to transport them to Laredo, Texas. GARCIA was asked if he could identify the person that picked him up at the FOYS Supermarket parking lot in a photo line up to which he responded yes. Adali GARCIA-Hernandez identified, through a photo lineup, Vanessa SALAS as the driver of white car he was transported in.